MAY 25 2021 PM2:41
FILED-USDC-CT-HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY H-20-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:21CR 88 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| LEONARDO HECTOR ROSADO, | : | |
| a/k/a "Caronte" | : | 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute and Distribution of Cocaine) |
| | : | |
| | : | 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute and Distribution of Heroin) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession with Intent to Distribute and Distribution of 500 Grams or More of Cocaine)

1. On or about May 17 [16 SG], 2021, in the District of Connecticut, the defendant LEONARDO HECTOR ROSADO, a/k/a "Caronte," knowingly and intentionally possessed with intent to distribute and did distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii).

COUNT TWO
(Possession with Intent to Distribute and Distribution of 100 Grams or More of Heroin)

2. On or about April 13, 2021, in the District of Connecticut, the defendant LEONARDO HECTOR ROSADO, a/k/a "Carnote," knowingly and intentionally possessed with

intent to distribute and did distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(i).

## FORFEITURE ALLEGATION
(Controlled Substance Offense)

3. Upon conviction of one or more of the controlled substance offense alleged in Count One and Two of this Indictment, the defendant LEONARDO HECTOR ROSADO, a/k/a "Caronte," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations and a sum of money equal to the total amount of proceeds obtained as a result of the offense.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## SECTION 851 INFORMATION

5. Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and (b)(1)(B), and 851, upon conviction of one or more of the offenses charged in Counts One or Two of this Indictment, the defendant LEONARDO HECTOR ROSADO, a/k/a "Caronte," is subject to enhanced penalties as he has been previously convicted of a serious drug felony, as defined by Title 21, United States Code, Section 802(57) as set forth more specifically in paragraph six below.

6. On or about December 6, 2010, the defendant LEONARDO HECTOR ROSADO was convicted in the United States District Court for the Middle District of North Carolina, Docket No. 1:10-cr-00011-WO-1, of Possession with Intent to Distribute 500 Grams or More of Cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), which at the time was punishable by up to 40 years of imprisonment and for which the defendant was sentenced to a term of 121 months of imprisonment and a five-year term of supervised release.

On or about June 24, 2016, after having served more than 12 months of that sentence, the defendant LEONARDO HECTOR ROSADO was released from this term of imprisonment.

A TRUE BILL

/s/
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

ANTHONY E. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

TARA E. LEVENS
ASSISTANT UNITED STATES ATTORNEY